**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                             CHAPTER 13 NO.:

TREON FOSTER HUGHES                                                   23 – 01590 – JAW

**O R D E R**

       THIS CAUSE came before the Court on the Trustee's Motion to Modify [DK #       ]; and the Court Orders as follows:

       THAT, no response has been timely filed herein.

       THAT, the Trustee's Motion to Modify is hereby granted.

       THAT, the Debtor's plan is modified to use funds on hand and accumulating to pay an increased distribution to timely filed unsecured creditors with the Trustee to determine the proper distribution percentage.

       THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

       That, the Debtor's Wage Deduction Order should remain unaltered and be honored until the Debtor has completed payments per the confirmed plan.

##END OF ORDER##

SUBMITTED BY:

*/s/ Joshua C. Lawhorn*
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161   FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM