United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                      Case No. 23-01590-JAW

Treon Foster Hughes                                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                          User: mssbad                                  Page 1 of 2
Date Rcvd: Apr 03, 2026                       Form ID: pdf012                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

**Recip ID                    Recipient Name and Address**
db              + Treon Foster Hughes, 106 Foy Circle, Vicksburg, MS 39180-6130

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                   Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

**Name                        Email Address**

Brittany Smith Taylor
                              on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing  as servicer for Bank of America, N.A.
                              brittany.taylor@padgettlawgroup.com,
                              Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com

Harold J. Barkley, Jr.
                              on behalf of Trustee Harold J. Barkley  Jr. HJB@HBarkley13.com,
                              hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Harold J. Barkley, Jr.
                              HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com

Natalie Kareda Brown
                              on behalf of Creditor BANK OF AMERICA  N.A. nbrown@rlselaw.com,
                              lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

Thomas Carl Rollins, Jr
                              on behalf of Debtor Treon Foster Hughes trollins@therollinsfirm.com

District/off: 0538-3                         User: mssbad                                 Page 2 of 2
Date Rcvd: Apr 03, 2026                      Form ID: pdf012                              Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                          CHAPTER 13 NO.:

TREON FOSTER HUGHES                                  23 – 01590 – JAW


**O R D E R**

THIS CAUSE came before the Court on the Trustee's Motion to Modify [DK # 71    ]; and the Court Orders as follows:

THAT, no response has been timely filed herein.

THAT, the Trustee's Motion to Modify is hereby granted.

THAT, the Debtor's plan is modified to use funds on hand and accumulating to pay an increased distribution to timely filed unsecured creditors with the Trustee to determine the proper distribution percentage.

THAT, the indebtedness of those creditors not timely filing proof of claims shall be paid $0.00 and said indebtedness shall be discharged upon completion of this plan.

That, the Debtor's Wage Deduction Order should remain unaltered and be honored until the Debtor has completed payments per the confirmed plan.


##END OF ORDER##


SUBMITTED BY:

/s/ Joshua C. Lawhorn
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161  FAX:  601/362-8826
EMAIL: HJB@HBARKLEY13.COM