**Fill in this information to identify the case:**

Debtor 1 TREON FOSTER HUGHES

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN District of MS (State)

Case number 23-01590-JAW

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** BANK OF AMERICA, N.A.

**Court claim no.** (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: 4 0 6 2

**Property address:** 106 FOY CIRCLE
Number Street

VICKBURG MS 39180
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

## Part 4: Postpetition Payments

*Check one:*

☐ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☑ Other: PAID IN FULL INCLUDING ESCROW AND FEES

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 18,785.44
**next payment in the amount of $197.00 to be disbursed on 8/28/26

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 0.00

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Harold J. Barkley, Jr. Date 8 / 18 / 2026
Signature

Trustee HAROLD J BARKLEY, JR
First Name Middle Name Last Name

Address PO BOX 4476
Number Street

JACKSON MS 39216
City State ZIP Code

Contact phone (601) 362-6161 Email HJB@HBARKLEY13.COM

## CERTIFICATE

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Treon Foster Hughes
106 Foy Circle
Vicksburg, MS 39180

BANK OF AMERICA, N.A.
c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing
Post Office23-1590 Box 10826
Greenville, South Carolina 29603-0826

Hon. Natalie Brown
nbrown@rlselaw.com

Hon. Brittany Smith Taylor
brittany.taylor@padgettlawgroup.com

Dated: August __18___, 2026

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.