**Fill in this information to identify the case:**

Debtor 1 TREON FOSTER HUGHES

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN District of MS (State)

Case number 23-01590-JAW

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 4 7 5

**Property address:** 106 FOY CIRCLE
Number Street

VICKBURG MS 39180
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: www.ndc.org (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 0.00 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 0.00 |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

## Part 4: Postpetition Payments

*Check one:*

❑ Postpetition payments are made by the debtor.

❑ Postpetition payments are paid through the trustee.

☑ Other: PAID IN FULL

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ 2,174.17

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _______________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ 0.00

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/ Harold J. Barkley, Jr.
Signature

Date 8 / 18 / 2026

Trustee HAROLD J BARKLEY, JR
First Name Middle Name Last Name

Address PO BOX 4476
Number Street

JACKSON MS 39216
City State ZIP Code

Contact phone (601) 362-6161

Email HJB@HBARKLEY13.COM

## C E R T I F I C A T E

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinsfirm.com

Treon Foster Hughes
106 Foy Circle
Vicksburg, MS 39180

U.S. Department of Housing and Urban Development
601 West Broadway Room 110
Louisville, KY 40202

US Attorney General
US Dept of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Dated: August __18___, 2026

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.