MSSB-NCAC (4/24)

US Bankruptcy Court
Southern District of Mississippi
FILED

SEP - 8 2026

Danny L. Miller, Clerk of Court
By: ____________, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re: Treon Foster Hughes

Debtor(s)

Case No.: 23-01590

Chapter: 13

**Notice of Change of Address for Creditor**

Kashable LLC (Creditor) hereby gives notice of its new address:

**Current Notice Address:** *(As shown on matrix)*
Kashable LlC
489 Fifth Avenue, 18th Floor
New York, NY 10017

**New Notice Address:**
PO Box 4287
New York, NY 10163-4287

**New Payment Address:** *(If applicable)*
PO Box 4287
New York, NY 10163-4287

**Proof of Claim Number(s):** *(If applicable)* 7

**Reason for Change of Address:**
☐ New Loan Servicer[1]
☒ New Location
☐ Other ____________

Prepared By:
Signature: [signature]
Name: Amanda Nobile
Title: SVP Compliance
Phone No: 646-214-7200

Address: 500 Fifth Avenue,
27th Floor
New York, NY 10110

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 09/01/26 (Date) addressed to:

Debtor(s):
Treon Foster Hughes

Amanda Nobile
Name

Signature