kashable
P.O Box 4287
New York, NY 10163-4287

US Bankruptcy Court
Southern District of Mississippi
RECEIVED

SEP - 8 2026

Danny L. Miller, Clerk of Court
By: ______, Deputy Clerk

NEW YORK NY 100
2 SEP 2026 PM 7 L

UNITED STATES OF AMERICA
FOREVER/USA

Bankruptcy Clerk
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2300
Jackson, MS 39201

39201-503675