**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | **Treon Foster Hughes** |
| **Debtor 2 (Spouse, if filing)** | |
| **United States Bankruptcy Court for the:** **Southern** **District of** | **Mississippi** (State) |
| **Case number** | **23-01590-JAW** |

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** BANK OF AMERICA, N.A. Court claim no. (if known): 8-1

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX4062

**Property address:**
106 FOY CIRCLE
Number Street

VICKSBURG, MS 39180
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $18,785.44 .

*Check all that apply:*

- ☒ The amount required to cure any prepetition arrearage has been paid in full.
- ☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $_________
- ☒ The amount required to cure any postpetition arrearage has been paid in full.
- ☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $_________

## Part 3: Postpetition Payment

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _________

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 09/08/2026 |
| ii. | Date next postpetition payment from the debtor is due: | PAID IN FULL |
| iii. | Amount of the next postpetition payment that is due: | $0.00 |
| iv. | Unpaid principal balance of the loan: | $0.00 |
| v. | Additional amounts due for any deferred or accrued interest: | $0.00 |
| vi. | Balance of the escrow account: | $0.00 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $0.00 |

Debtor 1 **Treon Foster Hughes** Case number **23-01590-JAW**
First Name Middle Name Last Name

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs, are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- All prepetition and postpetition payments received;
- The application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. Check the appropriate box.

☐ I am the creditor

☒ I am the claim holder's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ */s/Karen A. Maxcy* Date 09/14/2026
Signature

Name Karen A. Maxcy
First Name Middle Name Last Name

Title Authorized Agent for the Creditor

Company McCalla Raymer Leibert Pierce, LLP
**Identify the corporate servicer as the company if the authorized agent is a servicer.**

Address 1544 Old Alabama Road
Number Street

Roswell, GA 30076
City State Zip Code

Contact phone 770-643-7200 Email Karen.Maxcy@mccalla.com

**Please note that the information may not be current as of the response filing date. The Creditor may have required additional time to compile and verify the necessary data to prepare this response. Accordingly, the figures and representations provided herein may reflect the status of the account as of an earlier date and may not account for more recent activity.**

| | | | |
|---|---|---|---|
| In Re: | Treon Foster Hughes | Bankruptcy Case No.: | 23-01590-JAW |
| | | Chapter: | 13 |
| | | Judge: | Jamie A. Wilson |

CERTIFICATE OF SERVICE

I, Karen A. Maxcy, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Trustee's Notice of Disbursements Made in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Treon Foster Hughes
106 Foy Circle
Vicksburg, MS 39180

Thomas Carl Rollins, Jr *(served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Harold J. Barkley, Jr *(served via ECF Notification)*
PO Box 4476
Jackson, MS 39296-4476

United States Trustee *(served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 09/14/2026 By: */s/Karen A. Maxcy*
(date)
Karen A. Maxcy
Authorized Agent for the Creditor