**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 NO.:**

**TREON FOSTER HUGHES** **23-01590-JAW**

**TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4) TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM**

THAT, the Trustee states as follows:

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder:** **BANK OF AMERICA, N.A.**

**Court Claim No.:** **8-1**

**Last 4 digits of any number used to identify the Debtor's account:** 4062

**Property address:** **106 FOY CIRCLE**

| **VICKSBURG** | **MS** | **39180** |
|---|---|---|
| **City** | **State** | **zip code** |

2. As of the date of this Motion, the Trustee has disbursed payments to cure arrearages as follows:

a. Allowed amount of the prepetition arrearage, if any: $ 0.00

b. Total amount of the prepetition arrearage disbursed: $ 0.00

c. Allowed amount of post petition arrearage: $ 0.00

d. Total amount of post petition arrearage disbursed: $ 0.00

e. Total amount of arrearages disbursed: $ 0.00

3. As of the date of this motion, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

a. Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed: $ 0.00

b. Amount of post petition fees, expenses and charges disbursed $ 0.00

4. As of the date of this motion, the Trustee made the following Payments on the post petition obligations: $ 18,982.44

5. That, the Debtor shall be responsible for post-petition payments beginning *N/A* .

6. Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-M24R.

7. I ask the court for an order under Rule 3002.1(g)(4) determining whether the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this motion.

Dated: October ____8____, 2026

Respectfully submitted,

/s/ Harold J. Barkley, Jr.

HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

**CERTIFICATE**

I, Harold J. Barkley, Jr., Trustee do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U. S. Trustee
Ustpregion05.ja.ecf@usdoj.gov

Hon. Thomas C. Rollins, Jr.
trollins@therollinslawfirm.com

Treon Foster Hughes
106 Foy Circle
Vicksburg, MS 39180

BANK OF AMERICA, N.A.
c/o Hon. Natalie Brown
nbrown@rlselaw.com

Hon. Brittany Smith Taylor
brittany.taylor@padgettlawgroup.com

Dated: October _8_____, 2026

/s/ Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.