**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **TREON FOSTER HUGHES** | **23-01590-JAW** |

**ORDER GRANTING TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4)**
**TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM**

THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments [DK # 81 ]; and the Court Orders as follows:

1. The following information relates to the mortgage claim at issue:

**Name of Claim Holder:** **BANK OF AMERICA, N.A.**

**Court Claim No.:** **8-1**

**Last 4 digits of any number used to identify the debtors account:** 4062

**Property address:** **106 FOY CIRCLE**

| **City** | **State** | **zip code** |
|---|---|---|
| **VICKSBURG** | **MS** | **39180** |

2. As of the date of this Order, the Trustee has disbursed payments to cure arrearages as follows:

   a. Allowed amount of the prepetition arrearage, if any: $ 0.00

   b. Total amount of the prepetition arrearage disbursed: $ 0.00

   c. Allowed amount of post petition arrearage: $ 0.00

   d. Total amount of post petition arrearage disbursed: $ 0.00

   e. Total amount of arrearages disbursed: $ 0.00

3. As of the date of this Order, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

   a. Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed: $ 0.00

   b. Amount of post petition fees, expenses and charges disbursed $ 0.00

4. As of the date of this Order, the Trustee made the following Payments on the post petition obligations: $ 18,982.44

5. That, the Debtor shall be responsible for post-petition payments beginning *N/A* .

IT IS THEREFORE ORDERED under Rule 3002.1(g)(4) determining the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this Order.

##END OF ORDER##

SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM