United States Bankruptcy Court
Southern District of Mississippi

In re: Treon Foster Hughes, Debtor

Case No. 23-01590-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: mssbad | Page 1 of 2
Date Rcvd: Nov 10, 2026 | Form ID: pdf012 | Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Treon Foster Hughes, 106 Foy Circle, Vicksburg, MS 39180-6130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/PDF: OGCRegionIVBankruptcy@hud.gov | Nov 10 2026 19:35:24 | U.S. Department of Housing and Urban Development, 601 West Broadway Room 110, Louisville, KY 40202 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brittany Smith Taylor | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for Bank of America, N.A. brittany.taylor@padgettlawgroup.com, Siedah.Jennings@padgettlawgroup.com;bkecf@padgettlawgroup.com;brittany.taylor@ecf.courtdrive.com |
| Harold J. Barkley, Jr. | on behalf of Trustee Harold J. Barkley Jr. HJB@HBarkley13.com, hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |

| | |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Karen A. Maxcy | on behalf of Creditor BANK OF AMERICA N.A. karen.maxcy@mccalla.com, BankruptcyECFMail@mccallaraymer.com;mccallaecf@ecf.courtdrive.com |
| Natalie Kareda Brown | on behalf of Creditor BANK OF AMERICA N.A. nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Treon Foster Hughes trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 7

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 10, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:** | **CHAPTER 13 NO.:**

**TREON FOSTER HUGHES** | **23-01590-JAW**

**ORDER GRANTING TRUSTEE'S MOTION UNDER RULE 3002.1(G)(4) TO DETERMINE FINAL CURE AND PAYMENT OF THE MORTGAGE CLAIM**

THIS CAUSE came before the Court on the Trustee's Motion for Determination of Final Cure and Payment of All Post-Petition Payments [DK # 82 ]; and the Court Orders as follows:

1. The following information relates to the mortgage claim at issue:

   **Name of Claim Holder:** U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT

   **Court Claim No.:** 1-1

   **Last 4 digits of any number used to identify the debtors account:** 9475

   **Property address:** 106 FOY CIRCLE

   | **City** | **State** | **zip code** |
   |---|---|---|
   | VICKSBURG | MS | 39180 |

2. As of the date of this Order, the Trustee has disbursed payments to cure arrearages as follows:

   a. Allowed amount of the prepetition arrearage, if any: $ 0.00

   b. Total amount of the prepetition arrearage disbursed: $ 0.00

   c. Allowed amount of post petition arrearage: $ 0.00

   d. Total amount of post petition arrearage disbursed: $ 0.00

   e. Total amount of arrearages disbursed: $ 0.00

3. As of the date of this Order, the Trustee has disbursed payments for post petitions fees expenses, and charges as follows:

   a. Amount of post petition fees, expenses, and charges noticed under Rule 3002.1(c) and not allowed: $ 0.00

   b. Amount of post petition fees, expenses and charges disbursed $ 0.00

4. As of the date of this Order, the Trustee made the following Payments on the post petition obligations: $ 2,174.17

5. That, the Debtor shall be responsible for post-petition payments beginning *N/A* .

IT IS THEREFORE ORDERED under Rule 3002.1(g)(4) determining the debtor has cured all arrearages, if any, and paid all post petition amounts required by the plan to be made as of the date of this Order.

##END OF ORDER##

SUBMITTED BY:

/s/ Justin B. Jones
JUSTIN B. JONES – MSB #103295
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161
FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM